**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORI HARMON, | No. 2:12-CV-1637-GEB-CMK |
|     Plaintiff, | |
|   vs. | <u>ORDER</u> |
| FEDERAL HOME LOAN MORTGAGE CORP., et al., | |
|     Defendants. | |
|                                / | |

        Plaintiff, who is proceeding pro se, invoked 28 U.S.C. § 1441 in an apparent attempt to "remove" to this court a state court action to quiet title she filed as plaintiff in the Butte County Superior Court. It is unclear why plaintiff would first chose the state court as her forum, then attempt to move her case to this court. In any event, the purported "removal" is patently defective. Section 1441 plainly provides that an action may be removed "by the defendant or defendants." There is no provision of federal law which permits the "removal" of a state court action by the plaintiff to that action. Plaintiff is hereby directed to show cause in writing within 30 days of the date of this order why plaintiff's "Petition for Removal of Jurisdiction in State Court Under Title 28 U.S.C. § 1441 and Determination of Federal Question

1 | Pursuant to 28 U.S.C. § 1131" should not be stricken and this action closed.  Plaintiff is
2 | cautioned that failure to comply with this order may result in termination of this action for failure
3 | to comply with court orders, as well as for the reasons stated herein.
4 |    IT IS SO ORDERED.

6 | DATED:  June 25, 2012

             /s/ Craig M. Kellison
             **CRAIG M. KELLISON**
             UNITED STATES MAGISTRATE JUDGE