IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LORI HARMON,  No. 2:12-CV-1637-GEB-CMK

    Plaintiff,

  vs.  ORDER

FEDERAL HOME LOAN
MORTGAGE CORP., et al.,

    Defendants.

_____/

       Plaintiff, who is proceeding pro se, invokes 28 U.S.C. § 1441 to remove to this court an action initiated in the Butte County Superior Court. In her initial pleading filed in this court, which plaintiff captions as "Petition for Removal," plaintiff attaches a copy of a complaint to quiet title plaintiff filed in the state court on April 19, 2012. Because it appeared that plaintiff was attempting to remove to this court a state court action in which she was also the plaintiff, the court directed plaintiff to show cause why the purported removal was not patently defective. In response, plaintiff explains that she is removing an unlawful detainer action filed

/ / /

/ / /

1

against her in state court on February 3, 2012, and not the action she filed on April 19, 2012.[1] Given this clarification, the order to show cause will be discharged.

While the removal now appears at conform to the procedural requirements, at least in substance if not exact form, the court cannot find any basis for federal jurisdiction over this removed case. Plaintiff states that this matter is properly before this court as raising a federal question. Unlawful detainer, however, is purely a matter of state law and does not, in and of itself, implicate any federal law. To the extent plaintiff believes that defendants have violated her federal statutory or constitutional rights, the proper course of action would be to initiate a separate action alleging same, either in this court or the appropriate state court. It seems that plaintiff may have done just that by choosing state court for her quiet title action. Plaintiff will again be required to show cause why this action should not be dismissed. Failure to respond may result in dismissal of the action for lack of prosecution and failure to comply with court order. See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 26, 2012, order to show cause is discharged; and

2. Plaintiff shall show further cause in writing within 30 days why this action should not be dismissed for lack of subject matter jurisdiction.

DATED: July 27, 2012

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

---

[1] It is unclear why plaintiff would choose the state court as the forum for her April 19, 2012, quiet title action and at the same time seek to remove the unlawful detainer action to this court.