IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI HARMON, | No. 2:12-CV-1637-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| FEDERAL HOME LOAN MORTGAGE CORP., et al., | |
| Defendants. / | |

   Plaintiff, who is proceeding pro se, invokes 28 U.S.C. § 1441 to remove to this court an unlawful detainer action initiated in the Butte County Superior Court. On October 17, 2012, the court issued findings and recommendations that this matter be remanded back to the state court. Plaintiff filed timely objections on November 5, 2012, and the matter is now pending before the assigned District Judge. A review of the docket reflects that defendant Federal Home Loan Mortgage, Corp., filed a motion to remand and motion to shorten time on hearing that motion. Given the court's October 17, 2012, findings and recommendations, the hearing on defendant's motion, currently set for January 9, 2013, before the undersigned in Redding, California, will be vacated. Defendant's motion for an order shortening time will be denied as

unnecessary.

          Accordingly, IT IS HEREBY ORDERED that:

          1.     The hearing on defendant's motion to remand, set for January 9, 2013, is vacated; and

          2.     Defendant's motion for an order shortening time (Doc. 15) is denied as unnecessary.

DATED: December 17, 2012

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE