IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI HARMON, | No. 2:12-CV-1637-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| FEDERAL HOME LOAN MORTGAGE CORP., et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, invokes 28 U.S.C. § 1441 to remove to this court an unlawful detainer action initiated in the Butte County Superior Court. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On October 17, 2012, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

///

///

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 17, 2012, are adopted in full;

2. This action is remanded to the Butte County Superior Court;

3. All pending motions (Docs. 2, 9, and 12) are denied as moot; and

4. The Clerk of the Court is directed to close this file.

Dated: February 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge